THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONRAD GIFFONE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. HALE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SCHERTZ, Appellant.— By introducing evidence that the prosecutrix gave birth to a full term child on January 7, 1917, the People opened to the defendant the right to give any evidence that bore against such corroboration as this proof of birth tended to give to the alleged intercourse with appellant. (*People* v. *Flaherty*, 79 Hun, 48; 145 N. Y. 597.) In that view it was competent to show that the lewd verses which proclaimed the loose conduct and her resulting pregnancy were written by the prosecutrix and taken from her by her teacher at a much earlier date than that charged in the indictment. All the testimony brought the prosecuting witness within the long-settled rule: " If she be of evil fame, and stand unsupported by others; if she concealed the injury for any considerable time after she had opportunity to complain; if the place where the fact was alleged to be committed, was where it was possible she might have been heard, and she made no outcry; these and the like circumstances carry a strong but not conclusive presumption that her testimony is false or feigned." (4 Black Com. 213.) The judgment of conviction of the County Court of Kings county is reversed for errors both of law and fact, and a new trial ordered. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SIEKE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

BRIDGED SALADINO, Appellant, v. JOSEPH G. GIAMBALVO, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it does not appear from the complaint that an account to be examined is the immediate object of the action, and is directly involved. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

LUCIETTA SCAGLIONE, Respondent, v. JOHN BEAVER, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.